## UNITED STATES *v.* ISAACS.

Action at Law.

*Rufus Mallory,* for the United States.

*Seneca Smith,* for defendant.

DEADY, D. J. The motion for a new trial in this case rests upon the same grounds as the preceding one, and is denied for the same reason.